459

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of fried herring similar in all material respects to that the the subject of *Richter Bros., Inc.* v. *United States* (44 C. C. P. A. 128, C. A. D. 649), the claim of the plaintiffs was sustained.

BEFORE THE SECOND DIVISION, FEBRUARY 26, 1958

**No. 61587.**—Reliance International Mfg., Ltd., et al. *v.* United States, protests 261503–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of harness hardware for use with harness for dogs the same in all material respects as that involved in *International Expediters, Inc., et al.* v. *United States* (38 Cust. Ct. 230, C. D. 1868), the claim of plaintiffs was sustained.

**No. 61588.**—Morris Friedman *v.* United States, protests 272080–K, etc. (Philadelphia).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of harness hardware for use with harness for dogs the same in all material respects as that involved in *International Expediters, Inc., et al.* v. *United States* (38 Cust. Ct. 230, C. D. 1868), the claim of the plaintiff was sustained.

**No. 61589.**—Bloch Freres *v.* United States, protest 299735–K (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise in question consists of handkerchiefs, not in part of hand-made lace but in part of machine-made lace, valued at over $1.50 per dozen, the claim of the plaintiff was sustained.

**No. 61590.**—I. C. Harris & Company *v.* United States, protest 301423–K (Detroit).